AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA DE SOUZA) *MM*  USAO NO. 18-076

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

United States of America )
v. )
TIMOTHY O'CONNELL ) Case No. 18-1124-M
▬▬▬▬▬▬▬▬▬▬▬▬▬▬ )
)
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 10, 2018__ in the county of __DELAWARE__ in the __EASTERN__ District of __PENNSYLVANIA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT IN SUPPORT OF ARREST WARRANT, INCORPORATING ATTACHMENT A.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DARON SCHREIER, FBI SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/11/18

_____
*Judge's signature*

City and state: PHILADELPHIA, PA    MARILYN HEFFLEY, U.S. MAGISTRATE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Daron Schreier, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Philadelphia Division, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI for 12 years, and am currently assigned to the Philadelphia Division's Violent Crimes Against Children Squad. While employed by the FBI, I have investigated federal criminal violations related to counterterrorism, counterintelligence, cyber crime, child pornography and child sexual exploitation. I have gained experience through training at the FBI Academy, training at FBIHQ, various conferences, and everyday work related to conducting these types of investigations.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. The statements in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that TIMOTHY O'CONNELL, date of birth ████████, violated Title 18 U.S.C. Section 2252(a)(2) (Receipt of Child Pornography) on or about February 10, 2018.

## INVESTIGATION

4. This affidavit in support of arrest describes how in February 2018, TIMOTHY O'CONNELL, communicated with the subject of a separate, second FBI investigation (Justyn Perez-Colon) via Kik about the sexual exploitation of children. Kik is a mobile chat messaging platform. During the conversation, and specifically on February 10, 2018, O'CONNELL received sexually explicit images of children using his online Kik account with the username "patem2018."

*Investigation into Kik account "patem2018"*

5. On February 14, 2018, Justyn Perez-Colon was arrested and charged with Production of Child Pornography and Distribution of Child Pornography, arising from Perez-Colon's online transmission of sexually explicit files involving a one and half year old toddler female to an undercover FBI agent. On February 14, 2018, the FBI positively identified the toddler female (identified as MINOR #1, year of birth 2016).

6. During a recorded post-arrest interview on February 14, 2018, in which Perez-Colon waived his Miranda rights, he provided Agents with the following information: Perez-Colon had taken several sexually explicit pictures and videos of MINOR #1 while Perez-

1

Colon resided with MINOR #1 in Pennsylvania about a week prior to his arrest. Perez-Colon distributed these pictures and videos to at least 3 or 4 other individuals via Kik from his Apple iPhone. Based on Perez-Colon's statements and his internet records, Perez-Colon's production and his distribution of child pornography to others occurred while Perez-Colon was in Philadelphia, PA.

7. On February 16, 2018, United States Magistrate Judge Elizabeth Hey, Eastern District of Pennsylvania, signed Search and Seizure Warrant 18-228 for the cellphones belonging to Perez-Colon, including the aforementioned Apple iPhone. Further examination of Perez-Colon's Apple iPhone found that Perez-Colon had been using his Kik account to communicate with multiple individuals about their shared interest in sexually explicit images of children as well as their shared desire to sexually abuse real children.

8. The analysis showed that Perez-Colon was communicating with Kik user "patem2018" between February 7 and February 10, 2018. Specifically on February 10, 2018, during an online conversation, Perez-Colon transmitted to patem2018 an image depicting MINOR #1 sitting on the floor in pajamas looking at the camera with an adult male penis is visible in the foreground of the picture to "patem2018". In response to the transmission, patem2018 stated: "Cool. She is cute." Perez-Colon then transmitted to patem2018 additional images which appeared to be screenshots of webpages depicting sexually explicit images of pre-pubescent children, including an image which depicts a naked toddler female, approximately 1 to 2 years of age, with a pacifier in her mouth, lying on her back with her legs spread and genital area displayed to the camera. Patem2018, again acknowledges receipt of these images, by commenting, "Yes I've seen before those were the type I was talking about. Get me hard", "Nice. One I saw was like a 5yo with a load on her face. Very hot.", and "Yes very nice".

9. Further investigation and responses to FBI administrative subpoenas determined the following:

   a. The patem2018 Kik account was registered on February 7, 2018, with an email address of patem2018@gmail.com. This email address was unconfirmed, meaning the user did not click on a link sent to the email account from Kik.

   b. From February 7 to February 11, 2018, the Kik account was accessed using a prepaid cell phone with a telephone number of 215-219-9132. No name or address was provided by the account holder, but an email address of patem2018@gmail.com was provided, which is identical to the email address provided by Kik user patem2018.

   c. The Kik account was also accessed on February 24, 2018 from an IP address registered to 522 Anderson Avenue, Drexel Hill, PA 19026 from January 20, 2018 to March 5, 2018.

d.  Google records for the email patem2018@gmail.com shows that the account was accessed again from the same IP account assigned 522 Anderson Avenue, Drexel Hill, PA, as well as, a secured Villanova University internet account assigned to its employee TIMOTHY O'CONNELL.

e.  A search of Pennsylvania Department of Motor Vehicle records identified a Driver's License for TIMOTHY JOSEPH O'CONNELL, date of birth of 04/07/1967, with a residence of 522 Anderson Avenue, Drexel Hill, PA 19026.

*FBI Interview of Timothy O'Connell*

10.  On July 6, 2018, the Honorable Judge David R. Strawbridge issued Search Warrant 18-1090 to search for evidence relating to child exploitation in O'CONNELL's Drexel Hill residence, O'CONNELL's Villanova University office, two vehicles used by or registered to O'CONNELL, and the person of TIMOTHY O'CONNELL.

11.  On July 10, 2018, during the execution of the search warrant TIMOTHY O'CONNELL gave a voluntary, non-custodial interview to the FBI. In summary, O'CONNELL admitted to using various Kik accounts and e-mail accounts in order to communicate with others about the exploitation of children. O'CONNELL acknowledged his conversation with Perez-Colon's Kik account and confessed to receiving the sexually explicit image involving MINOR #1 (as described in paragraph 8) from Perez-Colon's Kik account.

12.  O'CONNELL further acknowledged to having babysat a third grade female in the past and to being sexually attracted to the child.

13.  O'CONNELL further admitted to surreptitiously taking a photograph of a clothed 17-year old female while the child was asleep in his home. He admitted to being sexually attracted to this child.

14.  O'CONNELL admitted to purchasing prepaid phones in an effort to hide his child exploitation conduct from his family.

## CONCLUSION

15. Based upon the information above, I respectfully submit there is probable cause to believe that TIMOTHY O'CONNELL did commit a violation of Title 18 USC 2252(a) (Receipt of Child Pornography) on or about February 10, 2018, as described in Attachment A.

16. Therefore I respectfully request that the attached warrant be issued authorized the arrest of TIMOTHY O'CONNELL, date of birth April ▮▮▮▮▮▮▮.

DARON SCHREIER
Special Agent, Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 11TH DAY OF JULY, 2018

HONORABLE MARILYN HEFFLEY
United States Magistrate Judge

4

## ATTACHMENT A

### Count One – Receipt of Child Pornography – 18 U.S.C. Section 2252(a)(2)

On or about February 10, 2018, defendant TIMOTHY O'CONNELL, date of birth ████████ did knowingly receive visual depictions from the Eastern District of Pennsylvania, using a means or facility of interstate and foreign commerce (that is, the Internet) and in and affecting interstate and foreign commerce, which visual depictions showed minors engaged in sexually explicit conduct, and the producing of those visual depictions involved the use of minors engaging in sexually explicit conduct.